## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                            CRIMINAL  ACTION  NO. 3:11-00074-01

BASIM ALI TALOUZI

### **WITNESSES**

**Type of Proceeding:**          PLEA HEARING

FILED

APR - 5 2011

| DATE | NO. | PLAINTIFF | DATE | NO. | DEFENDANT |
|---|---|---|---|---|---|
| 04/04/11 | 1 | Todd Willard | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |